# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS AG, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 17-cv-54-IMK |

## JOINT STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Novartis Pharmaceuticals Corporation and Novartis AG (collectively, "Plaintiffs") and Defendant Mylan Pharmaceuticals, Inc. ("Mylan") that:

1. Plaintiffs' action against Mylan, including all claims and defenses asserted by Plaintiffs against Mylan and all claims, defenses and counterclaims asserted by Mylan against Plaintiffs, are hereby dismissed without prejudice pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure; and

2. The parties shall bear their own costs, disbursements, and attorneys' fees.

**SO STIPULATED:**

September 4, 2018

/s/   *James F. Companion*
James F. Companion (WVSB #790)
jfc@schraderlaw.com
SCHRADER COMPANION DUFF & LAW, PLLC
401 Main Street
Wheeling, WV 26003
(304) 233-3390

/s/   *William J. O'Brien*
Gordon Copland (WVSB #828)
gordon.copland@steptoe-johnson.com
William J. O'Brien (WVSB #10549)
william.obrien@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
(304) 933-8162

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Nicholas N. Kallas<br>nkallas@fchs.com<br>Christopher E. Loh<br>cloh@fchs.com<br>FITZPATRICK, CELLA, HARPER<br>    & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2100 | Shannon M. Bloodworth<br>SBloodworth@perkinscoie.com<br>Brandon M. White<br>BMWhite@perkinscoie.com<br>PERKINS COIE LLP<br>700 Thirteenth Street NW, Suite 600<br>Washington, D.C. 20005-3960<br>(202) 654-6200<br><br>Bryan D. Beel<br>BBeel@perkinscoie.com<br>PERKINS COIE LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209<br>(503) 727-2000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED:**

This  4th  day of September, 2018

_____
Irene M. Keeley, United States District Judge